Kenneth STUDWELL, Plaintiff–
Appellant,

v.

CHIEF WARDEN; Page Tunr; Unit Wilmouth; Counselor McLauran; Dr. Holaran, Defendants–Appellees.

No. 03–6049.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 6, 2003.

Decided Feb. 13, 2003.

Kenneth Studwell, Appellant Pro Se.

Before WILKINS, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Kenneth Studwell appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Studwell v. Chief Warden*, No. CA–02–298 (E.D.Va. Dec. 11, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*